| STATE OF TENNESSEE 16th JUDICIAL DISTRICT CIRCUIT COURT | **SUMMONS** | CASE FILE NUMBER 62296 |
|---|---|---|
| **PLAINTIFF** Allie Foster | **DEFENDANT** vs. Wal-Mart | |

**TO: (NAME & ADDRESS OF DEFENDANT)**
Wal-Mart

List each defendant on a separate summons.

YOU ARE HEREBY SUMMONED TO DEFEND A CIVIL ACTION FILED AGAINST YOU IN CIRCUIT COURT, RUTHERFORD COUNTY, TENNESSEE. YOUR DEFENSE MUST BE MADE WITHIN THIRTY (30) DAYS FROM THE DATE THIS SUMMONS IS SERVED UPON YOU. YOU ARE DIRECTED TO FILE YOUR DEFENSE WITH THE CLERK OF THE COURT AND SEND A COPY TO THE PLAINTIFF'S ATTORNEY AT THE ADDRESS LISTED BELOW. IF YOU FAIL TO DEFEND THIS ACTION BY THE ABOVE DATE, JUDGEMENT BY DEFAULT CAN BE RENDERED AGAINST YOU FOR THE RELIEF SOUGHT IN THE COMPLAINT.

| Attorney for plaintiff: (Name, address & telephone number) John Drake 615-895-0414 Attorney at Law 120 E Main St. Murfreesboro, TN 37130 | DATE ISSUED & ATTESTED March 9, 2011 LAURA BOHLING, Circuit Court Clerk BY: _____ Deputy Clerk |
|---|---|

### CERTIFICATION

I, LAURA BOHLING, Clerk of the Circuit Court of Rutherford County, Tennessee, do certify this to be a true and correct copy of the origianl summons issued in this cause.

BY: _____ DEPUTY CLERK

| TO THE SHERIFF: Please execute this summons and make your return within thirty days of issuance as provided by law. | DATE RECEIVED Sheriff |
|---|---|

### RETURN ON PERSONAL SERVICE OF SUMMONS

I hereby certify and return that I served this summons together with the complaint as follows:

| DATE OF PERSONAL SERVICE: | |
|---|---|
| | Sheriff BY: |

Submit three copies: service copy, defendant's copy, file copy.

ADA COORDINATOR, SONYA STEPH...

**EXHIBIT A**

## ACCEPTANCE OF SERVICE

I do hereby accept service of process and a copy of this complaint in this cause for all purposes.
This the _____ day of _____, 20 _____.

_____

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify and return that on the _____ day of _____, 20 ____, I sent, postage prepaid by registered return receipt mail or certified return receipt mail, a certified copy of the summons and a copy of the complaint in case # _____ to the defendant _____, on the _____ day of _____, 20 ____. I received the return receipt, which has been signed by _____ on the _____ day of _____, 20 ____. The return receipt is attached to this original summons to be filed by the Clerk of Court.

| | |
|---|---|
| Sworn to and subscribed before me on this _____ day of _____, 20_____. Signature of ☐ Notary Public or ☐ Deputy Clerk<br><br>_____<br><br>My Commission Expires: _____, 20_____. | Signature of plaintiff, plaintiff's attorney or other person authorized by statue to serve process. |

### NOTICE OF PERSONAL PROPERTY EXEMPTION

**TO THE DEFENDANT(S):**
Tennessee law provides a ten thousand dollar ($10,000.00) debtor's equity interest personal property exemption from execution or seizure to satisfy judgement. If a judgement should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgement becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

Mail list to:   LAURA BOHLING, Circuit Court Clerk
                Room 201 Judicial Building
                20 Public Square North
                Murfreesboro, TN 37130

Please state file number on list.

ATTACH
RETURN
RECEIPT
HERE
(IF APPLICABLE)

 **CT Corporation**

**Service of Process Transmittal**
03/21/2011
CT Log Number 518223100

**TO:** Sheron Young, Operations Manager Legal Department
Wal-Mart Stores, Inc.
702 SW 8th Street
Bentonville, AR 72716

**RE:** **Process Served in Tennessee**

**FOR:** Wal-Mart (Cross Ref Name) (Domestic State: DE)
Wal-Mart Stores, Inc. (True Name)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Allie Foster, Pltf. vs. Wal-Mart Stores, Inc., Dft. |
| **DOCUMENT(S) SERVED:** | Summons, Return Form, Complaint |
| **COURT/AGENCY:** | Rutherford County Circuit Court, TN<br>Case # 62296 |
| **NATURE OF ACTION:** | Personal Injury - Slip/Trip and Fall - Failure to maintain premises in a safe condition - On 03/10/11 at 2000 Old Fort Parkway, Murfreesboro, TN - Seeking $200,000.00 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Knoxville, TN |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 03/21/2011 postmarked on 03/18/2011 |
| **JURISDICTION SERVED:** | Tennessee |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days from the date this summons is served upon you |
| **ATTORNEY(S) / SENDER(S):** | John D. Drake<br>120 East Main Street<br>3rd Floor, Bank of America<br>Murfreesboro, TN 37130<br>615-895-0414 |
| **REMARKS:** | Please be aware the enclosed documents contain variations of the entity name, the title of action is shown from how the entity is named on the Complaint. |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 03/21/2011, Expected Purge Date: 03/26/2011<br>Image SOP<br>Email Notification, Scott LaScala-CT East CLS-VerificationEast@wolterskluwer.com |
| **SIGNED:** | C T Corporation System |
| **PER:** | Amy McLaren |
| **ADDRESS:** | 800 S. Gay Street<br>Suite 0221<br>Knoxville, TN 37929-9710 |
| **TELEPHONE:** | 800-592-9023 |

Page 1 of 1 / JE

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.