IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| ALLIE FOSTER | ) | |
|---|---|---|
| | ) | No. 3-11-0367 |
| v. | ) | |
| | ) | |
| WAL-MART STORES EAST, LP | ) | |

O R D E R

In accordance with the contemporaneously entered memorandum, the plaintiff's motion to allow nonsuit without prejudice (Docket Entry No. 31) is DENIED.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge