IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ALLIE FOSTER | ) |
| | ) No. 3-11-0367 |
| v. | ) |
| | ) |
| WAL-MART STORES EAST, LP | ) |

O R D E R

In accord with the memorandum contemporaneously entered, the defendant's motion for summary judgment (Docket Entry No. 12) is GRANTED.

The pretrial conference, scheduled on July 27, 2012, and the trial, scheduled on August 7, 2012, are CANCELLED, and this case is DISMISSED with prejudice.

It is os ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge